DICKINSON WRIGHT PLLC
John P. Desmond (Nevada Bar No. 5618)
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: jdesmond@dickinson-wright.com

DICKINSON WRIGHT PLLC
John R. Nelson (Texas Bar No. 797144)
*(Admitted Pro Hac Vice)*
Payne Keinarth (Texas Bar No. 24101412)
*(Admitted Pro Hac Vice)*
607 W. 3rd Street, Suite 2500
Austin, TX 78701-4713
Tel: 512-770-4200
Fax: 844-670-6009
Email: jnelson@dickinson-wright.com
Email: pkeinarth@dickinson-wright.com

RAICH LAW PLLC
Sagar Raich (Nevada Bar No. 13229)
Brian Schneider (Nevada Bar No. 15458)
6785 S. Eastern Ave., Suite 5
Las Vegas, NV 89119
Tel: (702) 758-4240
Email: sraich@raichattorneys.com
Email: bschneider@raichattorneys.com

*Attorneys for Plaintiffs Modern Eminence LLC,
Modern Fortress, Inc. and AllRealms Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MODERN EMINENCE, LLC, MODERN FORTRESS, INC., AND ALLREALMS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> NATHAN PARK <br><br> Defendant. | Case No.: 2:24-cv-00348-CDS-EJY <br><br><br> **JOINT MOTION AND ORDER TO EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

1

Plaintiffs Modern Eminence LLC, Modern Fortress, Inc., and AllRealms, Inc. ("Plaintiffs"), by and through their counsel of record, Payne Keinarth, Esq. with the law firm of Dickinson Wright PLLC, and Defendant Nathan Park ("Park") by and through his counsel of record, Jarrod L. Rickard, Esq. and Katie L. Cannata, Esq. with the law firm of Semenza Rickard Law, (together, the "Parties") hereby jointly request an extension of time to submit their discovery plan and proposed scheduling order for the following reasons:

Due to conflicts in schedules around the July 4th holiday, the parties have not yet been able to confer regarding the likely needs of discovery in the case. They will be able to do so on or before July 9, 2024. As such, the parties respectfully request that the Court grant this motion to extend their deadline to file a discovery plan and proposed scheduling order until July 17, 2024.

This is the first such request filed with this Court, and it is made in good faith and is not made for the purpose of delay. The Parties agree that good cause exists for this continuance.

DATED this 3rd day of July, 2024

DICKINSON WRIGHT PLLC

 _/s/ Payne Keinarth_
Payne Keinarth (Texas Bar No. 24101412)
*(Admitted Pro Hac Vice)*
607 W. 3rd Street, Suite 2500
Austin, TX 78701

*Attorney for Plaintiffs*

DATED this 3rd day of July, 2024

SEMENZA RICKARD LAW

 _/s/ Jarrod L. Rickard_
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Nathan Park*

2

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 3, 2024  _____